UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA,                :        03-Cr-211 (SHS)

    -against-                                          :
                                                                               ORDER
GEORGE ENRIQUE HERBERT,              :

                Defendant.          :

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge:

       IT IS HEREBY ORDERED that:

       1. The CJA attorney on duty today, John Burke, is appointed pursuant to the Criminal Justice Act to represent the defendant regarding his motion for reduction of sentence; and

       2. Counsel shall supplement defendant's pro se submission [Doc. No. 89] pursuant to 18 U.S.C. 3582(c)(i) for "extraordinary and compelling reasons" and pursuant to 18 U.S.C. 3582(c)(2) on or before June 24, 2022.

Dated: New York, New York
         May 25, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.