UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 03-Cr-211 (SHS) |
| -against- | : | |
| | | ORDER |
| GEORGE ENRIQUE HERBERT, | : | |
| Defendant. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge:

    The Court having received the supplemental submission by counsel [Doc. No. 96] supporting Herbert's application for compassionate release [Doc. No. 89],

    IT IS HEREBY ORDERED that if the government intends to oppose that application by this nonviolent first-time offender who was tried when the Guidelines were mandatory, and presumably will be deported upon his release, it should set forth its reasons in writing on or before September 16, 2022.

Dated: New York, New York
       August 30, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.