# JOHN M. BURKE

Attorney at Law

26 Court Street - Suite 2805
Brooklyn, New York 11242
Tel: (718) 875-3707
Fax: (718) 875-0053
January 27, 2023

Honorable Sidney H Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: <u>U.S. v.Herbert</u>
03-Cr.- 211 (SHS)

Dear Judge Stein:

    My client has recently filed a pro-se motion with the Court and requested that I file it on his behalf. ECF document 102. I am asking to adopt his filing as my own and request that the Court consider it in conjunction with his request for a reduced sentence.

Respectfully yours,

/S/
John Burke
Counsel for George Herbert

Dated: New York, New York
      February 1, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.