UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

GEORGE ENRIQUE HERBERT,

Defendant.

---

03-cr-211 (SHS)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

On February 16, 2024, the Court received a *pro se* motion from defendant styled as a Motion for a Reduction in Sentence Compassionate Release Pursuant to 18 U.S.C.S. 3582(c)(1)(a) and (D). (ECF No. 106.) In light of the Court's Opinion & Order dated May 2, 2024 reducing defendant's sentence to time served pursuant to 18 U.S.C. § 3582, defendant's *pro se* motion is denied as moot.

Dated: New York, New York
May 2, 2024

SO ORDERED:

Sidney H. Stein, U.S.D.J.